IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| CLASS A PROPERTIES TWENTY, LLC | ) | JUDGE JACQUELINE P. COX |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-09680 |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on June 27, 2012, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached <u>MOTION FOR ENTRY OF FINAL DECREE</u> will be heard before the Honorable Jacqueline P. Cox, Bankruptcy Judge at 219 S. Dearborn, Room 680, Chicago, Illinois, or before any other bankruptcy Judge sitting in her stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Penelope N. Bach**
**Paul M. Bach**
**BACH LAW OFFICES**
**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808**

<u>CERTIFICATE OF SERVICE</u>

I, Penelope N. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by First Class US Mail postage prepaid on all parties on the attached service list on May 21, 2012.

/s/ Penelope N. Bach

## Service List

**Class A Properties TWENTY, LLC**
17 W. 240 22nd Street Suite 305
Oak Brook Terrace, Illinois 60181

**United States Trustee**
219 S. Dearborn Street
Chicago, Illinois 60604

**Timothy J. Howard**
Howard & Howard
One Technology Plaza, Suite 600
211 Fulton St.
Peoria, IL 61602-1350

**USCOC of Central Illinois, LLC, d/b/a US Cellular**
Attn: Retail Lease Administration, Real Estate Department
8410 West Bryn Mawr
Chicago, Illinois 606031

Papa's Heartland, Inc.
Attn: Vaughn McDougal
2541 West Countress Way
South Jordan, UT 84095

Advance America Cash Advance Centers of Illinois, Inc.
Attn: Lease Adminstration
135 North Church Street
Spartanburg SC 29306

McKenzie Check Advance, LLC
650 25th Floor
P.O. Box 1479
Cleveland, Tennessee 37364

Third International Blimpie of Illinois, Inc.
C/O David L. Siegel, Esq.
740 Broadway, 12th Floor
New York, NY 10003

Blimpie of Peoria, Inc.
University Center
3125 University Street
Peoria, Illinois 61614

Ameren Cilps
P.O. Box 66893
Saint Louis, MO 63166
(16932039)
(cr)

**Asem Trambru**
7W350 22nd St
Apt 305
Oak Brook Terrace, IL 60181
(16932040)
(cr)

**Chase Property Management**
219 Fulton St
Peoria, IL 61602
(16932042)
(cr)

**Eduardo Haro**
661 W. Lake Street
Suite 1W
Chicago, IL 60661
(16932043)
(cr)

**First Bank**
11901 Olive Blvd
3rd Floor
Creve Coeur, MO 63141
(16932044)
(cr)

**Illinois American Water**
300 North Water Works Drive
Belleville, IL 62223
(16932045)
(cr)

**Ira Kaufman**
661 West Lake Street - 1W
Chicago, IL 60661
(16932046)
(cr)

**McMahill and Sons**
PO Box 5962
Peoria, IL 61601
(16932047)
(cr)

**Papa Murphy's**
Do Uinations Force, Inc
3127 N. University St
Peoria, IL 61614
(16932048)
(cr)

**PDC Services, Inc**
PO Box 9071
Peoria, IL 61612
(16932049)
(cr)

**Perdue Sealing Peoria, Inc.**
2001 Meadows Ave
East Peoria, IL 61611
(16932050)
(cr)

**Ventura Ramirez**
17W240 22nd Street, #05
Oak Brook Terrace, IL 60181
(16932052)
(cr)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | CHAPTER 11 |
| ) | |
| CLASS A PROPERTIES TWENTY, LLC) | JUDGE JACQUELINE P. COX |
| ) | |
| DEBTOR. ) | CASE NO. 11-09680 |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtor and Debtor in Possession, **CLASS A PROPERTIES TWENTY, LLC**, by their attorney PAUL M. BACH and PENELOPE N. BACH of BACH LAW OFFICES, and ask this Honorable Court to enter a Final Decree. In support thereof, the Debtor and Debtor in Possession states as follows:

1. On March 9, 2011, the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 11 of the United States Bankruptcy Code.

2. On November 9, 2011, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Second Modified Plan of Reorganization.

3. Pursuant to the Confirmed Plan, substantially all of the Debtor's assets were sold pursuant to an Order of this Court and this Court will prior to this Motion being presented Approve the Sale of Substantially all of the Assets.

4. Prior to presentation of this Motion, all funds related to the Sale of the Debtor's assets will have been disbursed and all acts of administration contemplated by the confirmed Second Modified Plan of Reorganization will have been completed.

5. The plan has also been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

6. Debtor's requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the debtors and debtors in possession, **CLASS A PROPERTIES TWENTY, LLC**, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction and for such other relief as is just and equitable.

>  Respectfully submitted,
>  **CLASS A PROPERTIES TWENTY, LLC**
>
>  BY:/s/Penelope N. Bach
>  One of their attorneys

Penelope N. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808