IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| CLASS A PROPERTIES TWENTY, LLC | ) | JUDGE JACQUELINE P. COX |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-09680 |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on June 19, 2012, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached FINAL FEE PETITION OF COUNSEL FOR THE DEBTOR, will be heard before the Honorable Judge JACQUELINE P. COX, Bankruptcy Judge at 219 S. Dearborn, Room 680, Chicago, Illinois, or before any other bankruptcy Judge sitting in her stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Bach Law Offices**
**Paul M. Bach**
**Penelope N. Bach**
**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808**

## CERTIFICATE OF SERVICE

I, Penelope N. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by First Class US Mail postage prepaid on all parties on the attached service list on May 21, 2012.

/s/ Penelope N. Bach

## Service List

**Class A Properties TWENTY, LLC**
17 W. 240 22nd Street Suite 305
Oak Brook Terrace, Illinois 60181

**United States Trustee**
219 S. Dearborn Street
Chicago, Illinois 60604

**Timothy J. Howard**
Howard & Howard
One Technology Plaza, Suite 600
211 Fulton St.
Peoria, IL 61602-1350

**USCOC of Central Illinois, LLC, d/b/a US Cellular**
Attn: Retail Lease Administration, Real Estate Department
8410 West Bryn Mawr
Chicago, Illinois 606031

Papa's Heartland, Inc.
Attn: Vaughn McDougal
2541 West Countress Way
South Jordan, UT 84095

Advance America Cash Advance Centers of Illinois, Inc.
Attn: Lease Administration
135 North Church Street
Spartanburg SC 29306

McKenzie Check Advance, LLC
650 25th Floor
P.O. Box 1479
Cleveland, Tennessee 37364

Third International Blimpie of Illinois, Inc.
C/O David L. Siegel, Esq.
740 Broadway, 12th Floor
New York, NY 10003

Blimpie of Peoria, Inc.
University Center
3125 University Street
Peoria, Illinois 61614

Ameren Cilco
P.O. Box 66893
Saint Louis, MO 63166

(16932039)
(cr)

Asem Trambru
7W350 22nd St
Apt 305
Oak Brook Terrace, IL 60181

(16932040)
(cr)

Chase Property Management
219 Fulton St
Peoria, IL 61602

(16932042)
(cr)

Eduardo Haro
661 W. Lake Street
Suite 1W
Chicago, IL 60661

(16932043)
(cr)

First Bank
11901 Olive Blvd
3rd Floor
Creve Coeur, MO 63141

(16932044)
(cr)

Illinois American Water
300 North Water Works Drive
Belleville, IL 62223

(16932045)
(cr)

Ira Kaufman
661 West Lake Street - 1W
Chicago, IL 60661

(16932046)
(cr)

McMahill and Sons
PO Box 5962
Peoria, IL 61601

(16932047)
(cr)

Papa Murphy's
Do Uinations Force, Inc
3127 N. University St
Peoria, IL 61614

(16932048)
(cr)

PDC Services, Inc
PO Box 9071
Peoria, IL 61612

(16932049)
(cr)

Perdue Sealing Peoria, Inc.
2001 Meadows Ave
East Peoria, IL 61611

(16932050)
(cr)

Ventura Ramirez
17W240 22nd Street, #05
Oak Brook Terrace, IL 60181

(16932052)
(cr)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:               ) | CHAPTER 11 |
| CLASS A PROPERTIES TWENTY, LLC ) | JUDGE JACQUELINE P. COX |
| DEBTOR.          ) | CASE NO. 11-09680 |

## FINAL FEE PETITION OF COUNSEL FOR THE DEBTOR

The law firm of BACH LAW OFFICES ("BLO"), counsel for the Debtor,

Class A Properties, Twenty, LLC. ("ClassA20" or "Debtor") applies to this court

for an order approving the payment of fees in the amount of $28,325.00 and

reimbursement of costs in the amount of $28,325.00 and in support thereof

states as follows:

I.   Narrative Summary

Debtor filed for relief under Chapter 11 of the United States Bankruptcy

Code ("Bankruptcy Code") on March 9, 2011.  Debtor currently operates a retail

shopping center in Peoria, Illinois which has been sold by order of this court.

On April 12, 2011, this Court entered an order approving retention of BLO

as counsel (Penelope N. Bach) for the Debtor.  BLO attempted to add Attorney

Paul M. Bach as retained counsel but the Court stated in open court that the

retention of another attorney of the same firm was not necessary as the firm was

already retained.   BLO holds a retainer from the Debtor in the amount of

$10,000.00 plus a cost advancement of $1,039.00 (filing fee).

This is BLO's first and final fee petition.

## II. Case Status

Debtor has been operating as a debtor in possession since the inception of the case. Debtor has prepared and filed a second modified plan and disclosure statement which has been confirmed and consumated. As is further described below, the Debtor has been active in reshaping its operations through appropriate remedies provided by the Bankruptcy Code.

## III. Description of the Fee Petition

A. <u>General Information</u>. Rule 2016(a) of the Bankruptcy Rules requires a detailed application for fees. The Primary objective of this fee application is to reveal sufficient information enable the court to determine whether the services rendered in representing the Debtor were reasonable, actual and necessary. BLO has provided accurate and detailed records of the services which were made contemporaneously with the services performed. <u>In Re Chicago Lutheran Hospital Association</u>, 89 B.R. 719 (Bkrtcy.N.D.Ill.1988); <u>In re Wildman</u>, 72 B.R. 700 (Bkrtcy.N.D.Ill.1987). The Statement of services includes a summary, by category, of the work done and time expended in each category. Much care has been taken to properly categorize the activities to the degree possible. Billing judgment was used to exclude hours which were excessive, redundant or otherwise unnecessary. <u>Hensley vs. Eckerhart</u>, 461 U.S. 424, 76 L.Ed.2d 40, 103 S.Ct.1933(1983); <u>In re Temple Retirement Community, Inc.</u>, 97 B.R. 333 (Bkrtcy.W.D.Tex.1989); <u>In re Wildman</u>, 72 B.R. 700 (Bkrtcy.N.D.Ill 1987).

B. Billing Entries.  BLO used computerized time and billing software in the preparation of fee petition which was then converted to a Word format for filing this Motion.  This fee petition contains a narrative summarizing the nature and purpose of each particular activity or project and the approximate number of hours and compensation sought for each activity.  It contains a statement explaining the significance of the activity as well as the purpose necessity and appropriateness of each such service.  Where appropriate, it contains a statement of the effectiveness of the activity, alternatives considered, method for choosing the action taken, a statement of any difficult or unusual problems which arose in the case and the manner in which it was addressed. <u>In re Wildman</u>, 72 B.R. 700 (Bkrtcy.N.D.1987).

C. Hourly Charges BLO charges all clients, including for non-bankruptcy matters, $250.00 per hour for Paul M. Bach and $250.00 per hour for Penelope N. Bach

### IV. Project Summary

From March 9, 2011 through case closing, Debtor has incurred $28,325.00 in fees at BLO's customary fee rates and expenses in the amount of $1,532.08.

Attached hereto is a detailed, chronological description by category of the services performed on behalf of ClassA20 during the relevant time period.  The billing rates for each attorney are identified.

The following is a detailed narrative summarizing the nature and purpose of each particular activity or project and the approximate number of hours and compensation sought for each activity:

A.  Administration

The activities in the general administration category are those activities which are a necessary part of the representation of the Debtor such as reviewing monthly operating reports, communicating with the United States Trustee's office, bringing motions related to the administration of the estate, appearing at creditors meetings and advising Debtor about its operations as a debtor in possession. The benefits of these services to the Debtor and its estate were both economic and non-economic.  The economic benefits resulted in the Debtor being able to streamline its operations.  The remainder of the services was of non-economic benefit to the Debtor and its estate by promoting the bankruptcy process and the smooth administration of the cases.

An itemized breakdown of the services rendered to the Debtor is attached hereto as Exhibits A.  A general breakdown is as follow:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 13.4 | $250.00 | $3,350.00 |
| Penelope N. Bach | 27.6 | $250.00 | $6,900.00 |

B.  Automatic Stay

The activities in this category relate to protecting the estate against demands which violated the automatic stay. The benefits of these services to the Debtor and its estate were both economic and non-economic. The economic benefits resulted in protecting the Debtor, estate and other creditors. The remainder of the services was of non-economic benefit to the Debtor and its estate by promoting the bankruptcy process and the smooth administration of the cases.

An itemized breakdown of the services rendered to the Debtor is attached hereto as Exhibits A. A general breakdown is as follow:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 1.1 | $250.00 | $275.00 |
| Penelope N. Bach | 1.2 | $ 250.00 | $300.00 |

C. Claims

The activities in the claims category are those activities connected with claims against the Debtor. This category also includes handling claims of creditors and objections to those claims. The services benefited the estate on an economic basis be facilitating Debtor's ability to properly assess claims against the estate. The services benefited the estate on a non-economic basis by facilitating the bankruptcy process

An itemized breakdown of the services rendered to the Debtor is attached hereto as Exhibits A. A general breakdown is as follow:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 0 | $250.00 | $    0.00 |
| Penelope N. Bach | 1.9 | $250.00 | $475.00 |

D. Executory Contracts

BLO aided the Debtor in evaluating its executory contracts for personal property

and real property to determine whether the estate would benefit more from

assumption or rejection pursuant to Section 365 of the Bankruptcy Code. The

services benefited the estate on an economic basis by facilitating Debtor's ability

to properly the value or detriment of executory contracts to the bankruptcy estate.

The services benefited the estate on a non-economic basis by facilitating the

bankruptcy process.

An itemized breakdown of the services rendered to the Debtor is attached

hereto as Exhibits A.  A general breakdown is as follow:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | .9 | $250.00 | $225.00 |
| Penelope N. Bach | 2.5 | $250.00 | $625.00 |

E.  Financing

The activities in the Financing category are connected to obtaining the use of

cash collateral belonging to a secured creditor.

An itemized breakdown of the services rendered to the Debtor is attached

hereto as Exhibits A.  A general breakdown is as follow:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 0 | $250.00 | $    0.00 |
| Penelope N. Bach | 19.2 | $250.00 | $4,800.00 |

F. Plan

Debtor has filed an second modified plan and second modified disclosure

statement to maximize distribution to creditors. The services resulted in an

economic benefit to Debtor's estate by aiding the Debtor in concluding these

proceedings in a timely manner for the benefit of its unsecured creditors. The

non-economic benefits resulted from aiding the administration of the estate.


An itemized breakdown of the services rendered to the Debtor is attached

hereto as Exhibits A.  A general breakdown is as follow:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 24.7 | $250.00 | $6,175.00 |
| Penelope N. Bach | 20.8 | $250.00 | $5,200.00 |

G.  Costs and Expenditures

BLO seeks reimbursement of $1,532.08 as the expenses it incurred during its

representation of the Debtor to date.  Expenses were incurred for the following

items:  postage charges and copying (Motions or other large projects only).

Debtors agreed to pay for these items pursuant to a written agreement with

Debtor's counsel.  These expenses wee necessary to accomplish the proper

representation of the Debtor.  An itemization of these costs is included in Exhibit

A.

V. Certification

BLO certifies that it served a copy of the chronological itemization of

services provided to the Debtor.  To date, Debtor has not objected to the fees

incurred.

VI Section 330(a) of the Bankruptcy Code

Section 330(a) of the Bankruptcy Code provides:

> (a) After notice to any parties in interest and to the United States
> Trustee and hearing; and subject to sections 326, 328, and 329
> of this title, the court may award to a trustee, to an examiner, to
> a professional person employed under section 327 or 1003 of
> this title, or to the debtor's attorney –
>
> > (1) Reasonable compensation for actual, necessary services
> > rendered by such trustee, examiner, professional person,
> > or attorney, as the case may be, and by any
> > paraprofessional persons employed by such trustee,
> > professional person or attorney, as the case may be
> > based on the nature, the extent, and the value of such
> > services, the time spent on such services, and the cost of
> > comparable services other than in a case under this title;
> > and
> >
> > (2) Reimbursement for actual, necessary expenses.

The Bankruptcy Court has independent authority and responsibility to

determine the reasonableness of all fee requests, whether or not objections are

filed.  In re Spanjer Brothers, Inc., 203 B.R. 85 (Bkrtcy. N.D.Ill. 1996); In re

Pettibone Corporation, 74 B.R. 293 (Bkrtcy.N.D.Ill 1987).  The burden of proof is

on the applicant to show that the fees incurred were actual and necessary.  In re

Spanjer Brothers, Inc., 203 B.R. 85, 89 (Bkrcy.N.D.1996); In Re Chicago

Lutheran Hospital Association, 89 B.R. 719 (Bkrtcy.N.D.Ill.1988); In re Pettibone

Corporation, 74 B.R. 293 (Bkrtcy.N.D.1987).

The representation of the Debtor adequately corresponds with the time

and labor expended by BLO. The various issues involved required experienced

bankruptcy counsel. Due to the substantial time expended on behalf of the

Debtor, BLO was precluded from accepting cases requiring extensive

representation during the initial phase of the case. BLO was able to accomplish

a great deal directed towards aiding the Debtor in its streamlining efforts and the

preparation and proposal of an second amended plan supported by a detailed

second amended disclosure statement. The amounts are fair and reasonable.

This court has reviewed and ruled upon numerous fee applications and is in a

position to determine that the rates herein are reasonable.

### VII. Objections

Any objections to this fees applications should be submitted in writing,

filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois,

Eastern Division, 219 S. Dearborn, Chicago, Illinois 60604 and delivered to

counsel at the address below on or before June 12, 2012.

### VII. Conclusion

WHEREFORE Bach Law Offices requests that this court enter an Order:

A.      Determining that the legal services and fees incurred were

necessary and reasonable;

B.    Allowing final compensation in the amount of $28,325.00

C.    Allowing reimbursement of expenses in the amount of $1,532.08

D.    Permitting BLO to apply the retainer in hand in the amount of

$10,000.00 and the costs advancement in the amount of $1,039.00;

and

E.    Granting such other and further relief as the court may deem just

and proper.

Respectively Submitted,
CLASS A PROPERTIES TWENTY, LLC
By: /s/ Penelope N. Bach

Paul M. Bach
Penelope N. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
(847) 564-0808

A. Administration

03/09/2011   Receive balance of information (sent prior day) needed to file
Petition; Complete Petition, Schedules and Statement of Financial
Affairs.
Penelope N. Bach          1.8                    $450.00

03/09/2011   Meet with Client to sign Petition Schedules and Statement of
Financial Affairs.
Penelope N. Bach          1.0                    $250.00

03/09/2011   Prepare letters to be sent to tenants of filing of bankruptcy case and
that rent payments should be made to the Debtor notwithstanding
the letters from First Bank of a new manager sent several days
prior to filing of case.
Penelope N. Bach          0.7                    $175.00

03/14/2011   Receive Proof of Insurance; Review of Same; Forward to United
States Trustee.
Penelope N. Bach          0.1                    $50.00

03/15/2011   Prepare Motion to Employ, Declarations and Notice of Motion.
Penelope N. Bach          0.8                    $200.00

03/17/2011   Receive facsimile from Chase Property Management who was the
Manager appointed by First Bank just prior to filing of the case.
Chase had transferred several utilities into their name which now
need to be switched back.  Contact client to take care of this issue.
Penelope N. Bach          0.2                    $100.00

03/18/2011   Long telephone conversation with attorney for First Bank regarding
case in general and future progress of case as well as specifically
the Motion for Use of Cash Collateral and the Objection being filed
by First Bank in Response to the Motion as well as resolution of
Motion.
Penelope N. Bach          0.7                    $175.00

03/21/2011   Discussion with client about issue of personal guarantees of
individual guarantors and the fact that automatic stay does not
apply and that these need to be dealt with either as part of an
agreement with First Bank or in State Court in Peoria.
Penelope N. Bach          0.3                    $ 75.00

| | | | |
|---|---|---|---|
| 03/21/2011 | Receive a copy of check of the Debtor indicating that Debtor in possession account has been set up; Copy of check is sent to United States Trustee | | |
| | Penelope N. Bach | 0.1 | $25.00 |
| 03/24/2011 | Email conversation with client regarding change of time of Initial Debtor Interview which will now be on March 29, 2011 at 1:00 p.m. | | |
| | Penelope N. Bach | 0.1 | $25.00 |
| 03/29/2011 | Appear in United States Bankruptcy Court on Motion to Set Bar Date and Motion for Interim Use of Cash Collateral.   Motion to Set Bar Date is granted and the Motion for Use of Cash Collateral is continued to April 7, 2012. | | |
| | Penelope N. Bach | 1.2 | $300.00 |
| 03/29/2011 | Meet with client prior to Initial Debtor Interview with United States Trustee and Initial Debtor Interview. | | |
| | Penelope N. Bach | 1.0 | $250.00 |
| 03/31/2011 | Request from client information to prepare business questions to the Statement of Financial Affairs via email. | | |
| | Penelope N. Bach | 0.1 | $25.00 |
| 04/12/2011 | Appear in United States Bankruptcy Court regarding Motion to Employ.   Court grants the Motion to Employ. | | |
| | Penelope N. Bach | 1.0 | $250.00 |
| 04/12/2011 | Meet with client(s) prior to Meeting of Creditors and prepare for Meeting of Creditors.   Discuss issue related to case and specifically Meeting of Creditors. | | |
| | Penelope N. Bach | 1.5 | $375.00 |
| 04/12/2011 | Appear at Meeting of Creditors | | |
| | Penelope N. Bach | 0.8 | $200.00 |
| 04/26/2011 | Review of Operating Report for March 2011. | | |
| | Paul M. Bach | 0.4 | $100.00 |
| 04/26/2011 | Discussion with client of possible final outcomes of case and ways to resolve with First Bank.   Stress that First Bank wants the loan resolved in a final form whether that means forced sale or a voluntary sale does not matter.  First Bank wants out of the transaction and no longer wishes to be a secured lender.  This could take the form of short payoff either by sale or refinance.   Tell client that this avenue needs to be explored as First Bank will not | | |

be willing to take payments and extend loan for indefinite period of time.

Penelope N. Bach                0.6                          $150.00

04/27/2011   Telephone conversation with Attorney for First Bank on Motion on Request for access to the property for an Appraisal.  Obtain permission to have appraiser contact the client to obtain access and obtain necessary information and copy of appraisal will be provided when received by counsel.

Penelope N. Bach                0.4                          $100.00

05/02/2011   Email conversation with opposing counsel to set up Rule 2004 and/or deposition of client.

Penelope N. Bach                0.2                          $ 50.00

05/06/2011   Receive Notice of Deposition from First Bank Attorneys.  Confirm with client that client (Eduardo Haro and Ventura Ramirez) will be available and provided list of documents requested.

Penelope N. Bach                0.3                          $ 75.00

05/11/2011   Receive email from attorney for First Bank which resolved Motion for Final Order of Cash Collateral as well as to bring the parties closer to an Agreed Plan.   Review of same and make notes to review with client prior to deposition on the May 13, 2011.

Penelope N. Bach                1.2                          $300.00

05/13/2011   Meet with clients (Eduardo Haro and Ventura Ramirez) prior to deposition and prepare witnesses for deposition as well as to generally discuss issues.

Penelope N. Bach                1.0                          $250.00

05/13/2011   Depositions of clients (Eduardo Haro and Ventura Ramirez) by First Bank.

Penelope N. Bach                2.2                          $550.00

05/16/2011   Discuss with client production of document issues related to the Depositions which were not produced but it was stated that the documents were assembled.

Penelope N. Bach                0.2                          $ 50.00

05/19/2011   Receive letter from First Bank regarding documents not yet produced.   Respond as documents have arrived and will be sent.

Penelope N. Bach                0.2                          $ 50.00

05/19/2011   Receive from client after discussion the documents being
requested by First Bank; Review of same and send to First Bank.
Penelope N. Bach          0.8                    $200.00

05/20/2011   Discussion with Attorney for First Bank regarding completion of
discovery issues and whether any additional Letters of Intent
regarding leases have been received.
Penelope N. Bach          0.2                   $ 50.00

05/27/2011   Receive April Operating Report and review of same.
Penelope N. Bach          0.3                    $ 75.00

07/11/2011   Receive email from attorney for Community Workshop and Training
Center regarding potential claim.  Conversation with client related
thereto with client going to resolve issue.
Penelope N. Bach          0.6                    $150.00

07/21/2011   Email and conversation requesting May and June Operating Report
that needs to get filed.
Penelope N. Bach          0.2                    $ 25.00

07/21/2011   Follow up conversation and email with client regarding Community
Workshop and Training Center.
Penelope N. Bach          0.4                    $100.00

07/24/2011   Receive May and June Operating Reports; Review of same.
Penelope N. Bach          0.3                    $ 75.00

09/20/2011   Receive July and August Operating Reports; Review of same.
Penelope N. Bach          0.4                    $100.00

11/22/2011   Receive request from First Bank about payment of Real Estate
Taxes; Discuss with client and client will look into this.
Penelope N. Bach          0.5                    $125.00

12/16/2011   Management issues (lighting and electricity) are brought to
attention via emails of lessee's attorneys; Discuss issues with client
and direct that these be resolved.
Penelope N. Bach          0.4                    $100.00

12/26/2011   Email and telephone conversation with client regarding
management issues and items that need to be resolved.
Penelope N. Bach          0.5                    $125.00

01/04/2012   Telephone call with Attorney for First Bank about status of the case
             and possibilities of how the Debtor may proceed.
             Penelope N. Bach          0.6                  $150.00

01/17/2012   Discussion with client about parking lot lights and related
             management issues.
             Penelope N. Bach          0.4                  $100.00

01/27/2012   Receive email from Steve Wolfe of Office of the United States
             Trustee that insurance has lapsed; Contact client and demand that
             payment be made immediately; Receive assurance from client that
             payment will be made.
             Paul M. Bach              0.3                  $ 75.00

02/10/2012   Discuss issue of continued issue of parking lot lights with client.
             Paul M. Bach              0.2                  $ 50.00

02/26/2012   Draft long letter (sent via email) to client, Ira Kaufman and Brian
             Mooty about options regarding the hearing on the Motion to
             Compel.
             Paul M. Bach              0.7                  $175.00

02/26/2012   Long Discussion with client including Eduardo Haro actions to be
             taken for court on February 28, 2012

02/27/2012   Receive email from Brian Mooty who has been retained by
             guarantors of the note to First Bank and specifically regarding State
             Court case against the guarantors.  Discuss case via telephone
             with attorney Brian Mooty
             Paul M. Bach              0.5                  $125.00

02/28/2012   Appear in United States Bankruptcy Court for Hearing on Motion to
             Compel; Based on instructions from client Motion is granted.
             Paul M. Bach              0.7                  $175.00

02/28/2012   Discuss with opposing counsel steps to be taken to proceed to
             sale.
             Paul M. Bach              0.5                  $125.00

02/28/2012   Conference call with Brian Mooty, Eduardo Haro and Ira Kaufman
             regarding issues regarding this case and guarantors.
             Paul M. Bach              0.8                  $200.00

02/29/2012   Receive and review information regarding actions taken by First
             Bank in regards to guarantors
             Paul M. Bach              0.2                  $ 50.00

03/06/2012   Receive from client updated Certificates of Insurance for the
             property; Review of same to make sure property is insured with
             appropriate loss payee and United States Trustee as Certificate
             Holder.
             Penelope N. Bach          0.2                    $  50.00

03/16/2012   Receive from a tenant information regarding disruption of garbage
             service; Discuss with client regarding garbage and other continuing
             management issues.
             Paul M. Bach              0.3                    $  75.00

04/19/2012   Receive call from tenant regarding water shutoff issue; Discuss with
             client.
             Paul M. Bach              0.3                    $  75.00

04/23/2012   Receive bank statements requested by First Bank; Review of
             same.
             Paul M. Bach              0.4                    $100.00

05/21/2012   Prepare Motion for Final Decree
             Paul M. Bach              0.8                    $200.00

05/21/2012   Prepare Motion for Compensation
             Paul M. Bach              2.3                    $575.00

06/12/2012   Appear in United States Bankruptcy Court on Motion for
             Compensation
             Paul M. Bach              1.0                    $250.00

06/27/2012   Appear in United States Bankruptcy Court for Final Decree
             Paul M. Bach              1.0                    $250.00

             Estimated time for completion of case.
             Paul M. Bach              3.0                    $750.00

   B. Automatic Stay

04/08/2011   Review of Motion for Relief from Stay received from First Bank;
             Penelope N. Bach          0.7                    $175.00

04/08/2011   Discuss with client Motion for Relief from Stay and issues related
             thereto and resolution of that Motion with Motion for Cash
             Collateral.
             Penelope N. Bach          0.3                    $  75.00

| 04/27/2011 | Emails and attempted telephone conversations with attorney with First Bank regarding discussion of Rule 2004 Exams of the Debtor and discussions of when that would happen |
|---|---|
| | Penelope N. Bach     0.2                    $ 50.00 |

| 04/28/2011 | Appear on Motion for Relief from Stay in Bankruptcy Court; Court continues Motion for Relief from Stay until June 1, 2011 with Motion for Final Cash Collateral Order |
|---|---|
| | Paul M. Bach          0.5                    $125.00 |

| 04/28/2011 | Long discussion with attorney with First Bank regarding issues for resolution of Motion for Relief from Stay and Final Cash Collateral issue. |
|---|---|
| | Paul M. Bach          0.6                    $150.00 |

C. Claims

| 03/15/2011 | Prepare Motion to Set Bar Date. | | |
| | Penelope N. Bach | 0.5 | $125.00 |
| 03/18/2011 | Review of Proof of Claim filed by First Bank | | |
| | Penelope N. Bach | 0.8 | $200.00 |
| 04/06/2011 | Prepare Notice to all Creditors of Claim Bar Date which is sent to all Creditors | | |
| | Penelope N. Bach | 0.6 | $150.00 |

D. Executory Contracts

04/29/2011   Discussion with client regarding Advance America Rent and
discussed rental of other spaces and what needed to be done to
get the other spaces rented.
Penelope N. Bach          0.5                           $125.00

07/19/2011   Receive Letter of Intent for Lease from Dr. Lui via client.  Review of
same and forward to attorney for First Bank.
Penelope N. Bach          0.4                           $100.00

08/15/2011   Discuss with client concerns of First Bank of Dr. Lui's Letter of
Intent and Proposed Lease.
Penelope N. Bach          0.5                           $125.00

01/07/2012   Long Discussion with Eduardo Haro possibilities of a new tenant to
file the last two spaces at the complex; Discuss timeline related
thereto.
Penelope N. Bach          0.7                           $175.00

01/17/2012   Receive email from Attorney Robert Aparti who represents Secured
Dental regarding issues regarding payments to made regarding the
build out for his client; Discuss with client.
Paul M. Bach              0.5                           $125.00

01/25/2012   Discussion with Eduardo Haro of client regarding two potential
tenants who have visited the facility and need to push of both along
to get a Letter of Intent.
Penelope N. Bach          0.4                           $100.00

01/27/2012   Receive follow up email from Attorney Robert Aparti of Secured
Dental regarding payments due under the Lease Agreement;
Telephone call with client regarding whether payment will be made
and related issues thereto.
Paul M. Bach              0.4                           $100.00

E. Financing

03/10/2011    Receive proposed budgets for Use in proposed Cash Collateral
              Motions; Review of same and suggest changes and information
              that should be included in the Budget and well as the format of the
              Budget.
              Penelope N. Bach   0.6                              $150.00

03/15/2011    Receive revised monthly budget from client; Review of same;
              Discuss items with client to make sure no other expenses exist.
              Penelope N. Bach   0.3                              $ 75.00

03/15/2011    Prepare Motion for Use of Interim Use of Cash Collateral as well as
              Motion for Entry of Final Cash Collateral Order
              Penelope N. Bach   1.3                              $325.00

03/21/2011    Review of Objection to Use Cash Collateral filed by First Bank as
              well as security documents (mortgage note etc.)
              Penelope N. Bach   1.4                              $350.00

04/04/2011    Receive from First Bank draft of proposed Interim Cash Collateral
              Order; Review of same.
              Penelope N. Bach   0.8                              $200.00

04/04/2011    Discuss Proposed Cash Collateral Order with client as proposed by
              First Bank.
              Penelope N. Bach   0.4                              $100.00

04/04/2011    Make proposed changes to Proposed Cash Collateral Order by
              First Bank.
              Penelope N. Bach   1.0                              $250.00

04/05/2011    Receive Email from First Bank's Attorney with proposed changes
              from First Bank; Review of Same.
              Penelope N. Bach   0.6                              $150.00

04/06/2011    Discuss proposed Cash Collateral with client.
              Penelope N. Bach   0.2                              $50.00

04/06/2011    Send email to First Bank's Attorney with additional proposed
              changes.
              Penelope N. Bach   0.3                              $75.00

04/06/2011    Receive email from First Bank's attorney that we are not close to an
              agreement yet and long discussion from client about what could

happen in court on April 7, 2011 in regards to the issue of cash collateral and potential outcomes.

Penelope N. Bach   0.5                                    $125.00

04/06/2011   Preparation for court for hearing on Motion for Interim Cash Collateral Order; Review relevant documents.

Penelope N. Bach   1.0                                    $250.00

04/07/2011   Appear in United States Bankruptcy Court and after discussion with opposing counsel and client an Interim Cash Collateral Order that was acceptable to all parties is entered through June 1, 2011 when the issue of a Final Hearing on Cash Collateral is set for hearing.

Penelope N. Bach   1.3                                    $325.00

04/15/2011   Discussion with client regarding setting up of escrow account to deposit funds required by Interim Cash Collateral Order

Penelope N. Bach   0.2                                    $ 50.00

05/18/2011   Preparation of Red Lined version of proposed modifications to Cash Collateral Order.

Penelope N. Bach   1.1                                    $275.00

05/20/2011   Telephone conversation with attorney with First Bank regarding resolution of Final Cash Collateral Order.

Penelope N. Bach   0.6                                    $150.00

05/23/2011   Long discussion with client regarding resolution of cash collateral issue and trial on issue set for June 1, 2011 and what First Bank would agree to in a Plan of Reorganization.

Penelope N. Bach   1.2                                    $300.00

05/25/2011   Receive from attorney from First Bank redlined and clean copy of modifications of the Final Cash Collateral Order.   Review of same.

Penelope N. Bach   0.6                                    $150.00

05/25/2011   Send to client current versions of the proposed Cash Collateral Order.   Ask client to carefully review so that it can be discussed.

Penelope N. Bach   0.1                                    $ 25.00

05/26/2011   Discuss Final Proposed cash collateral issue with client.

Penelope N. Bach   0.4                                    $100.00

05/27/2011   Telephone call with client and client accepts the Proposed Final Cash Collateral Order.

Penelope N. Bach   0.3                                    $ 75.00

05/31/2011    Telephone conversation with Steve Wolfe from United States
              Trustee's Office regarding concerns with Proposed Final Cash
              Collateral Order.
              Penelope N. Bach   0.4                            $100.00

05/31/2011    Discussion with Attorney for First Bank regarding the concerns of
              the United States Trustee to the Cash Collateral Order and
              agreement to continue the June 1, 2011 date to get these resolved
              as the Debtor and First Bank are in agreement.
              Penelope N. Bach   0.2                            $ 50.00

06/01/2011    Appear in United States Bankruptcy Court in regards to Final Cash
              Collateral Order.   Inform client of agreement and concerns of the
              United States Trustee.   Case is continued until June 15, 2011 to
              allow those issues to be resolved.
              Penelope N. Bach   1.0                            $250.00

06/07/2011    Email conversation with Steven Wolfe of the United States
              Trustee's Office regarding taking out the outline of the plan and not
              making the Final Cash Collateral so final on all issues.
              Penelope N. Bach   0.2                            $ 50.00

06/10/2011    Conversation with attorney for First Bank about what is needed in
              order to resolve issues with United States Trustee.
              Penelope N. Bach   0.3                            $ 75.00

06/13/2011    Review of Modified Final Cash Collateral Order drafted attorney for
              First Bank
              Penelope N. Bach   0.6                            $150.00

06/13/2011    Telephone conversation with client regarding changes to Final
              Cash Collateral Order.   Client give final approval.
              Penelope N. Bach   0.5                            $125.00

06/14/2011    Conversation between Steve Wolfe and attorney for First Bank
              regarding final draft of Cash Collateral Order resolving these isues.
              Penelope N. Bach   0.8                            $200.00

06/15/2011    Appear in United State Bankruptcy Court on Final Cash Collateral
              Order.   Agreed Order is entered.
              Penelope N. Bach   1.0                            $250.00

F.  Plan

06/28/2011    Discussion with client regarding Plan and Disclosure Statements
              and documents needed including financials for the year before the
              filing of the case as well as projections.
              Paul M. Bach      0.4                                    $100.00

07/11/2011    Reminder to client of documents needed to complete preparation of
              Plan and Disclosure Statement.
              Paul M. Bach      0.2                                    $ 50.00

07/14/2011    Prepare First Draft of Plan and Disclosure Statement
              Paul M. Bach      2.7                                    $675.00

07/15/2011    Revisions to First Draft of Plan and Disclosure Statement
              Paul M. Bach      1.1                                    $275.00

07/19/2011    Prepare Motion to Extend Time to File Plan and Disclosure
              Statement based on Projections and other documents needed from
              client.
              Penelope N. Bach  0.7                                    $175.00

07/24/2011    Receive Five Year Projections from client; Review of same and
              comparison to provisions of plan
              Penelope N. Bach  0.5                                    $125.00

07/26/2011    Appear in United States Bankruptcy Court and Motion to Extend is
              granted through August 3, 2011 and Motion for Relief from Stay is
              continued until the same day.
              Penelope N. Bach  1.0                                    $250.00

08/03/2011    Make final revisions to Plan after Review by Client.
              Penelope N. Bach  0.7                                    $175.00

08/04/2011    Appear in United States Bankruptcy Court on Status of Plan and
              other matters.   Case is continued to August 18, 2011 for other
              parties including First Bank and the United States Trustee to review
              the Plan filed.
              Penelope N. Bach  1.0                                    $250.00

08/05/2011    Email conversation with attorney for First Bank regarding their client
              running some numbers based on the filed Plan and making a
              proposal of what could be acceptable.
              Penelope N. Bach  0.2                                    $ 50.00

| 08/15/2011 | Email conversation regarding what First Bank would find acceptable in Plan. | |
|---|---|---|
| | Penelope N. Bach   0.6 | $150.00 |

| 08/15/2011 | Conversation with client regarding First Bank proposal | |
|---|---|---|
| | Penelope N. Bach   0.5 | $125.00 |

| 08/18/2011 | Appear in United States Bankruptcy Court and request continuance to August 25, 2011 to continue to resolve issues regarding the Plan and Disclosure Statement. | |
|---|---|---|
| | Penelope N. Bach   1.1 | $250.00 |

| 08/25/2011 | Appear in United States Bankruptcy Court and request continuance to September 7, 2011 to resolve issues regarding Plan and Disclosure Statement with First Bank. | |
|---|---|---|
| | Paul M. Bach        1.0 | $250.00 |

| 09/02/2011 | Long telephone conversation with Eduardo Haro and others from client regarding Plan issues and whether client will accept the last version of the Plan suggested by First Bank. | |
|---|---|---|
| | Penelope N. Bach   0.5 | $125.00 |

| 09/06/2011 | Several conversations via email with Eduardo Hara, Ventura Ramirez, Attorney Ira Kaufman, and others regarding Plan issues and what will or will not be accepted by First Bank and that a decision one way or the other must be made to inform the Court the next day. | |
|---|---|---|
| | Penelope N. Bach   0.8 | $200.00 |

| 09/07/2011 | Discuss final questions with Eduardo Haro regarding Plan prior to Court. | |
|---|---|---|
| | Penelope N. Bach   0.4 | $100.00 |

| 09/07/2011 | Appear in United States Bankruptcy Court regarding status of Plan and Disclosure Statement; After discussion Court continues Status on Plan and Disclosure statement to September 21, 2011 to allow amendment of the Plan and Disclosure Statement as well as to file Motion to Extend Time to Confirm Plan. | |
|---|---|---|
| | Paul M. Bach        1.0 | $250.00 |

| 09/14/2011 | Prepare Motion to Extend Time for the Debtor to Confirm a Chapter 11 Small Business Plan. | |
|---|---|---|
| | Paul M. Bach        0.7 | $175.00 |

09/19/2011    Amend Plan of Reorganization and Disclosure Statement to
incorporate changes discussed with First Bank and United States
Trustee
Penelope N. Bach   1.6                                    $400.00

09/20/2011    Send letter via email to Attorney for First Bank with a copy of
Amended Plan of Reorganization.   Counsel with review and
contact for discussion.
Penelope N. Bach   0.2                                    $ 50.00

09/21/2011    Appear in United States Bankruptcy Court; Court grants Motion to
Extend Time to Confirm Plan and sets a new Status to allow parties
to complete Agreed Plan.
Penelope N. Bach   1.0                                    $250.00

09/27/2011    Receive from Attorney for First Bank marked up version of the Plan
and Disclosure Statement; Review of Red Lined Copy.
Penelope N. Bach   0.8                                    $200.00

10/03/2011    Send Copy of Red Lined mark up of Plan to Steve Wolfe of the
United States Trustee for comments so that the Plan is acceptable
to all parties.
Penelope N. Bach   0.1                                    $ 25.00

10/04/2011    Discussion via email with Steven Wolfe of the Office of the United
States Trustee about several issues regarding the Plan of
Reorganization.
Paul M. Bach          0.4                                 $100.00

10/04/2011    Discussion with Attorney from First Bank about Plan and that the
current version is the Final one and that the Disclosure Statement
and Amendments thereto needs to be completed.   Suggested
changes will be sent tomorrow after court and it is anticipated that
Disclosure Statement will be agreed and that Order setting
Confirmation Hearing will be entered as well.
Paul M. Bach          0.7                                 $175.00

10/05/2011    Appear in United States Bankruptcy Court on Status of Plan and
Disclosure Statement; Court enters Order per the discussion with
attorney for First Bank and United States Trustee; Disclosure
Statement will be filed later in the day as approved by all parties
prior to filing; Combined Hearing set for November 9, 2011.
Penelope N. Bach   1.0                                    $250.00

| | | |
|---|---|---|
| 10/05/2011 | Receive from Attorney for First Bank suggested changes to Disclosure Statement; Review of same. | |
| | Penelope N. Bach   0.9 | $225.00 |
| 10/12/2011 | Prepare Notices and Ballots to be sent to all creditors that are impaired | |
| | Penelope N. Bach   1.8 | $450.00 |
| 10/31/2011 | Email conversation Eduardo Haro regarding voting on Plan and Send Eduardo Haro another copy of Ballot; Ballot is returned. | |
| | Penelope N. Bach   0.2 | $ 50.00 |
| 11/01/2011 | Telephone call with Ira Kaufman about voting on Plan; Ballot is provided and returned. | |
| | Paul M. Bach        0.2 | $ 50.00 |
| 11/04/2011 | Telephone conversation with Eduardo Haro to be in Court for Confirmation Hearing on November 9, 2012 and discuss what will occur and what is needed. | |
| | Penelope N. Bach   0.4 | $100.00 |
| 11/07/2011 | Prepare Report of Balloting | |
| | Penelope N. Bach   0.7 | $175.00 |
| 11/08/2011 | Email conversation with Steve Wolfe from United States Trustee regarding Confirmation Order and Amount needed to be tendered to United States Trustee to bring fees current. | |
| | Paul M. Bach        0.3 | $ 75.00 |
| 11/09/2011 | Appear in United States Bankruptcy Court regarding Confirmation of Chapter 11 Plan; Client does not appear; Court confirms with the condition that the Order cannot be tendered until Fees are paid the United States Trustee. | |
| | Penelope N. Bach   1.3 | $325.00 |
| 11/10/2011 | Attempt to again contact client and specifically Eduardo Haro to find out why nobody showed in court and to get the funds needed for confirmation. | |
| | Penelope N. Bach   0.3 | $ 75.00 |
| 11/15/2011 | Attempt to contact client to obtain funds necessary to Confirm Chapter 11 Plan; Client indicates that funds will be dropped off today. | |
| | Penelope N. Bach   0.2 | $ 50.00 |

| | | |
|---|---|---|
| 11/17/2011 | Attempt to follow up with client and finally am told the funds will be dropped off on November 18, 2011. | |
| | Penelope N. Bach   0.2 | $ 50.00 |
| 11/18/2011 | Confirm that funds are dropped off at United States Trustee's Office and case is confirmed by Court Order. | |
| | Penelope N. Bach   0.3 | $75.00 |
| 12/12/2011 | Discussion via email with Attorney for First Bank regarding Post Confirmation Status set for December 21, 2011 and need for it to be continued as vacations of counsel and the court interfere; Agree to reset this date for the first week of January 2012; | |
| | Penelope N. Bach   0.4 | $100.00 |
| 12/12/2011 | Email discussion with attorney for First Bank about permission to contact the Debtor's Leasing Broker to discuss various issues. | |
| | Penelope N. Bach   0.3 | $ 75.00 |
| 01/10/2012 | Appear in United States Bankruptcy Court on continued status; Discuss with possibility of new tenant which will allow the confirmed Plan to be able to be completed without sale; Based on this possibility the Court continues the Post Confirmation Status to January 31, 2012 | |
| | Paul M. Bach        1.0 | $250.00 |
| 01/30/2012 | Discussion via email with attorney for First Bank and then with client regarding status of finding a new client and compliance with confirmed Plan and what action should be taken next (Motion for 363 Sale) or other action. | |
| | Paul M. Bach        0.7 | $175.00 |
| 01/31/2012 | Appear in United States Bankruptcy Court and all matters continued to February 14, 2012; Discussion in Court and with opposing counsel regarding status of leasing efforts and management issues. | |
| | Paul M. Bach        1.0 | $250.00 |
| 02/09/2012 | Receive email from attorney for First Bank regarding requests for developments regarding leasing or in general consummating the confirmed Plan; Long Discussion with client who indicates that the members of the client are meeting on February 12, 2012; | |
| | Paul M. Bach        0.5 | $125.00 |

| | | |
|---|---|---|
| 02/09/2012 | Telephone call with attorney for First Bank regarding status and the fact that First Bank will filing a Motion to Compel the Confirm Plan to be Consummated. | |
| | Penelope N. Bach   0.3 | $ 75.00 |
| 02/10/2012 | Receive Motion of First Bank to Compel; Review of same. | |
| | Paul M. Bach      0.5 | $125.00 |
| 02/10/2012 | Long Discussion with client of First Bank's Motion to Compel. | |
| | Paul M. Bach      0.6 | $150.00 |
| 02/13/2012 | Discussion with Eduardo Haro regarding Member's meeting on February 12, 2012 and what actions members want to be taken at this point. | |
| | Paul M. Bach      0.4 | $100.00 |
| 02/14/2012 | Appear in United States Bankruptcy Court on Status; Discussion before the Court of the Motion of First Bank to Compel and Management issues.  Court authorizes short time to respond to Requests to Admit. | |
| | Paul M. Bach      1.0 | $250.00 |
| 02/17/2012 | Receive from First Bank Request to Admit Facts; Review of same and send to client. | |
| | Penelope N. Bach   0.4 | $100.00 |
| 02/22/2012 | Prepare Response to Request to Admit based on information provided by Client. | |
| | Penelope N. Bach   1.2 | $300.00 |
| 02/23/2012 | Client requests certain modifications of Answers to Request to Admit; Requested changes made. | |
| | Penelope N. Bach   0.3 | $ 75.00 |
| 03/12/2012 | Receive initial draft and from Attorney from First Bank regarding Sale Procedures and Motion for Sales and review those documents. | |
| | Paul M. Bach      0.9 | $225.00 |
| 03/14/2012 | Discuss with Steve Wolfe of the Office of the United States Trustee regarding issues of the Sales Procedures and Motion to Sell. | |
| | Paul M. Bach      0.2 | $ 50.00 |

03/14/2012   Discussion via email with attorney for First Bank discussion and
             position of the United States Trustee in regards to position of the
             United States Trustee.
             Paul M. Bach         0.2                          $ 50.00

03/22/2012   Draft Notice of Motions for Motion to Employ and to Set Sale
             Procedures and put both Motions in a form that can be sent out on
             Notice
             Paul M. Bach         0.8                          $200.00

03/30/2012   Request that client sign Auctioneer Agreement.
             Paul M. Bach         0.1                          $ 25.00

04/03/2012   Discussion with attorney for First Bank regarding issues raised by
             the United States Trustee to Motion to Sell; Discuss moving back
             date of Sale to May 10, 2012.
             Paul M. Bach         0.5                          $125.00

04/03/2012   Discussion with United States Trustee regarding Motion to Sell and
             date of Sale and Notice concerns as well as Auctioneer agreement.
             Paul M. Bach         0.4                          $100.00

04/04/2012   Appear in United States Bankruptcy Court on Motion to Sell; Motion
             to Sell with Modifications regarding date.
             Paul M. Bach         1.0                          $250.00

04/09/2012   Complete Notice of Sale.
             Paul M. Bach         0.5                          $125.00

05/04/2012   Receive confirmation that no credit bid was made in conversation
             with attorney for First Bank; Discuss cancellation of sale and other
             issues regarding the sale.
             Paul M. Bach         0.7                          $175.00

05/08/2012   Receive initial draft of Motion to Confirm Sale and review of same.
             Paul M. Bach         0.4                          $100.00

05/08/2012   Prepare Notice of Cancellation of Sale.
             Paul M. Bach         0.3                          $ 75.00

05/15/2012   Appear in United States Bankruptcy Court on Status for
             Confirmation of Sale; Case continued to June 4, 2012
             Paul M. Bach         1.0                          $225.00

05/17/2012   Telephone conversation with Attorney for First Bank regarding Sale
Confirmation and Asset Transfer and what needs to be done prior
to Hearing on June 5, 2012
Paul M. Bach        0.7                           $175.00

05/18/2012   Review of Updated Motion to Confirm Sale and Notice regarding
Executory Contracts.
Paul M. Bach        0.8                           $200.00

05/21/2012   Prepare Notice of Motions and review Final Asset Purchase
Agreement for Motion to Confirm Sale.
Paul M. Bach        0.9                           $225.00

06/04/2012   Appear in United States Bankruptcy Court on Hearing to Confirm
Sale.
Paul M. Bach                                      $250.00

Costs and Expenses

| | | | |
|---|---|---|---|
| 03/09/2011 | Filing Fee | | $1,039.00 |
| 03/15/2011 | Photocopies of Motion to Set Bar Date | | |
| | 108 copies | .10 per copy | $ 10.80 |
| 03/15/2011 | Photocopies of Motion to Employ with Declarations | | |
| | 162 copies | .10 per copy | $ 16.20 |
| 03/15/2011 | Photocopies of Motion to Use Cash Collateral | | |
| | 180 copies | .10 per copy | $ 18.00 |
| 03/15/2011 | Postage for Motion to Set Bar Date, Motion to Employ and Motion to Use Cash Collateral | | |
| | 18 envelopes | 1.08 per envelope | $ 19.44 |
| 04/06/2011 | Photocopies of Notice of Bar Date to All Creditors | | |
| | 90 copies | .10 per copy | $  9.00 |
| 04/06/2011 | Postage for Notice of Bar Date to All Creditors | | |
| | 18 envelopes | .44 per envelope | $  7.92 |
| 07/19/2011 | Photocopies of Motion to Extend Time to File Plan and Disclosure Statement | | |
| | 108 copies | .10 per copy | $ 10.80 |
| 07/19/2011 | Postage for Motion to Extend Time to File Plan and Disclosure Statement | | |
| | 18 envelopes | .44 per envelope | $  7.92 |
| 09/14/2011 | Photocopies of Motion to Extend Time to File Plan and Disclosure Statement | | |
| | 108 copies | .10 per copy | $ 10.80 |
| 09/14/2011 | Postage for Motion to Extend Time to File Plan and Disclosure Statement | | |
| | 18 envelopes | .44 per envelope | $  7.92 |
| 10/12/2011 | Photocopies of Certificate of Service with copies of Disclosure Statement and Plan of Reorganization and ballots as applicable. | | |
| | 702 copies | .10 per copy | $ 70.20 |
| 10/12/2011 | Postage for Certificate of Service with copies of Disclosure Statement and Plan of Reorganization and ballots as applicable. | | |

|  |  |  |  |
|---|---|---|---|
|  | 18 envelopes | 1.08 each | $ 19.44 |
| 03/22/2012 | Photocopies of Motion to Sell Real Estate |  |  |
|  | 198 copies | .10 per page | $  19.80 |
| 03/22/2012 | Photocopies of Motion to Appoint Auctioneer. |  |  |
|  | 162 copies | .10 per page | $  16.20 |
| 03/22/2012 | Postage for Motion to Sale and Motion to Appoint Auctioneer |  |  |
|  | 18 envelopes | $1.08 per envelope | $  19.44 |
| 04/09/2012 | Photocopies of Notice of Sale |  |  |
|  | 54 copies | .10 per page | $   5.40 |
| 04/09/2012 | Postage for Motion to Sale and Motion to Appoint Auctioneer |  |  |
|  | 18 envelopes | $ .44 per envelope | $   7.92 |
| 05/21/2012 | Photocopies of Motion to Approve Sale |  |  |
|  | 882 copies | .10 per page | $  88.20 |
| 05/21/2012 | Photocopies of Motion For Final Decree. |  |  |
|  | 126 copies | .10 per page | $  12.60 |
| 05/21/2012 | Photocopies of Notice of Assignment |  |  |
|  | 108 copies | .10 per page | $  10.80 |
| 05/21/2012 | Photocopies of Motion for Final Fee Petition. |  |  |
|  | 648 copies | .10 per page | $  64.80 |
| 05/21/2012 | Postage for Motion to Approve Sale, Motion For Final Decree, Notice of Assignment and Motion for Final Fee Petition. |  |  |
|  | 21 envelopes | $1.88 per envelope | $  39.48 |