UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-9680 |
| CLASS A PROPERTIES TWENTY, LLC | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

This matter coming to be heard upon the motion of CLASS A PROPERTIES TWENTY, LLC, Debtors herein, for entry of final decree; proper notice having been provided; no creditor or party in interest having objected to the entry of a final decree; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on November 9, 2011 this Chapter 11 case is closed, and
2. This Court expressly reserves jurisdiction for all matters pending before this Court, all fee petitions, those matters enumerated in Article VI of the Plan and such other matters as this Court deems appropriate.

Enter:  *Jacqueline P. Cox*
J. Cox

United States Bankruptcy Judge

Dated: 11-8-12

**Prepared by:**
Penelope N. Bach, BACH LAW OFFICES
P.O. Box 1285 Northbrook, IL 60065